MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Fax. (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
THERESA LEWIS o/b/o              :
RHIANNON L. LEWIS,               :
                                 :
                Plaintiff,       :
                                 :
        - v. -                   :
                                 :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,               :   08 Civ. 02436 (JSR)
Commissioner of                  :
Social Security,                 :
                                 :
                Defendant.       :
- - - - - - - - - - - - - - - - x

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from June 16, 2008 to and including August 15, 2008.  The reason for the request is that the

administrative record has not yet been received by defendant's counsel. No prior extension has been requested in this case.

Dated: New York, New York
       May 13, 2008

          MCADAM AND FALLON, P.C.
          Attorneys for Plaintiff

By: _____
    JOHN J. FALLON, ESQ.
    P.O. Box 500
    90 Scofield Street
    Walden, New York 12586
    Telephone No.: (845) 778-7588

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant

By: _____
    LESLIE A. RAMIREZ-FISHER
    Assistant United States Attorney
    86 Chambers Street - 3rd Floor
    New York, New York 10007
    Telephone No.: (212) 637-0378
    Leslie.Ramirez-Fisher@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

5-27-08