

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 13, 2008

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED: 8/15/08              │
└─────────────────────────────────┘
```

By Hand

Honorable Theodore H. Katz
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1660
New York, New York 10007

Re:   Theresa Lewis o/b/o R.L.L. v. Astrue
      08 Civ. 2436 (JSR) (THK)

Dear Judge Katz:

This Office represents the Commissioner of Social
Security, defendant in the above-referenced action.  The
government intends to answer the complaint on Friday, August 15,
2008, the current due date.  However, due to workload
constraints, I do not anticipate that I will be able to file the
government's motion for judgment on the pleadings by that date.
Therefore, with the consent of plaintiff, I respectfully request
a thirty-day extension of time, until September 15, 2008
(September 14, 2008, falls on a Sunday), to file defendant's
motion.

This is defendant's first request for an extension of
time on the motion.  One extension of time was granted to
defendant on the answer.

Thank you for your consideration of this request.

*Granted. Any reply shall be filed by October 3, 2008.*

Respectfully,

MICHAEL J. GARCIA
United States Attorney

**SO ORDERED**

By:  LESLIE A. RAMIREZ-FISHER
     Assistant U.S. Attorney
     Telephone:  (212) 637-0378
     Fax:  (212) 637-2750

8/14/08   THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

cc:  John J. Fallon, Esq. (By Fax)

COPIES MAILED
TO COUNSEL OF RECORD ON  8/15/08